RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/25/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 11-0118 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DONALD GREGORY MILLER | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Donald Gregory Miller, and adjudges him guilty of the offense charged in Count One of the Bill of Information against him.

MONROE, LOUISIANA, this 25 day of July 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE